PROB 12C
(7/93)

## United States District Court

for the

### Eastern District of Washington

Report Date: February 27, 2013

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 27 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brittney R. Hearn               Case Number: 2:11CR00101-002

Address of Offender: Unknown

Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2/9/2012

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. §§ 471 and 2 | |
| Original Sentence: | Prison - 8 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 2/16/2012 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 2/15/2015 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |
| | **Supporting Evidence**: On February 4, 2013, Brittney Hearn submitted a urine specimen that was confirmed positive for morphine (heroin), and methamphetamine. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: On February 26, 2013, the U.S. Probation Office was notified that Ms. Hearn absconded form the Port of Hope Residential Reentry Center. At the time of this writing, her whereabouts are unknown. |

Prob12C
Re: Hearn, Brittney R.
February 27, 2013
Page 2

3      **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

     **Supporting Evidence**: As Ms. Hearn has absconded from supervision, she is not availing herself to participant in substance abuse treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/27/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

2/27/13

Date