PROB 12C
(7/93)

Report Date: June 6, 2013

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 06 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brittney R. Hearn            Case Number: 2:11CR00101-002

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2/9/2012

| | | |
|---|---|---|
| Original Offense: | Manufacture of Counterfeit Currency, 18 U.S.C. § 471 and 2 | |
| Original Sentence: | Prison - 8 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 2/16/2012 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 2/15/2015 |

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**        **Nature of Noncompliance**

1        **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

         **Supporting Evidence**: On June 6, 2013, Brittney Hearn absconded from the Genesis inpatient treatment program in western Washington, and her current whereabouts are unknown.

2        **Special Condition # 20**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

         **Supporting Evidence**: On May 29, 2013, Brittney Hearn commenced inpatient substance abuse treatment at Genesis in western Washington. The undersigned officer was informed on June 6, 2013, that Ms. Hearn had aborted their treatment program.

Prob12C
Re: Hearn, Brittney R.
June 6, 2013
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   06/06/2013

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

June 6, 2013  4:19 p.m.
Date